UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TONI BULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:20-CV-152-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiffs claim of disability.

**This Judgment Filed and Entered on August 13, 2021, and Copies To:**
Vaughn Stephen Clauson                (via CM/ECF electronic notification)
Elisa Donohoe                         (via CM/ECF electronic notification)

DATE:                                 PETER A. MOORE, JR., CLERK
August 13, 2021                       (By) /s/ Nicole Sellers
                                       Deputy Clerk