IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00152-D

| | |
|---|---|
| TONI BULLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER FOR PAYMENT OF ) ATTORNEY FEES UNDER |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | ) THE EQUAL ACCESS TO JUSTICE ACT ) ) |
| Defendant. | ) ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,480.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Matthew Woodard, and mailed to his office at The Clauson Law Firm, PLLC P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ___21___ day of September, 2021

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).