IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISON
No. 7:20-CV-00152-D

TONI BULLARD,                                )
                                             )
        Plaintiff,                           )
                                             )
                                             )        ORDER APPROVING ATTORNEY
KILOLO KIJAKAZI,                             )        FEES PURSUANT TO 42 U.S.C. § 406(b)
Acting Commissioner of Social Security,      )
                                             )
        Defendant.                           )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of

the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,640.86. Attorney's fees under

section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C.

§ 406(b).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789

(2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the

amount of $8,940.86 and to refund the previously awarded EAJA fees to Plaintiff in the amount

of $4,480.00.

SO ORDERED. This _12_ day of May, 2023.

                                         JAMES C. DEVER, III
                                         United States District Judge