UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONI BULLARD, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:20-CV-152-D** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $8,940.86 and to refund the previously awarded EAJA fees to Plaintiff in the amount of $4,480.00.

**This Judgment Filed and Entered on May 15, 2023, and Copies To:**
Vaughn Stephen Clauson     (via CM/ECF electronic notification)
Cassia W. Parson           (via CM/ECF electronic notification)
Elisa Donohoe              (via CM/ECF electronic notification)

DATE:                                  PETER A. MOORE, JR., CLERK
May 15, 2023                    (By) /s/ Stephanie Mann
                                           Deputy Clerk